PROB 35

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:03CR00275-01** |
| | ) | |
| **George William SAITES** | ) | |
| | ) | |

On April 2, 2004, the above-named was placed on Supervised Release for a period of 3 years, which commenced on May 27, 2005.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**

Dated:         September 18, 2007
               Roseville, California
               lvc:cd

**REVIEWED BY:**         **/s/ Richard A. Ertola**
                        **RICHARD A. ERTOLA**
                        **Supervising United States Probation Officer**

Re:    **George William SAITES**
       **Docket Number:   2:03CR00275-01**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that George William SAITES be discharged from Supervised Release, and that
the proceedings in the case be terminated.

Dated:  October 1, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

lvc:cd
Attachment:    Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:03CR00275-01** |
| | ) | |
| **George William SAITES** | ) | |
| _____ | ) | |

## LEGAL HISTORY:

On April 2, 2004,  the above-named was placed on Supervised Release for a period of 3 years, which commenced on May 27, 2005.  Special conditions included a requirement for warrantless search, financial restrictions and disclosure, cooperate with the IRS in determining payment of taxes owed, and file tax returns in a timely manner.  Financial obligations, including a $7,500 fine and $300 special assessment, have been paid in full.

## SUMMARY OF COMPLIANCE:

The releasee has complied with all standard and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that the releasee has derived maximum benefit from supervision and is not in need of continued supervision.

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

Re:    **George William SAITES**
**Docket Number:   2:03CR00275-01**
**RECOMMENDATION TERMINATING**
**<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**


## <u>RECOMMENDATION:</u>

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**

Dated:       September 18, 2007
             Roseville, California
             lvc:cd


**REVIEWED BY:**       **/s/ Richard A. Ertola**
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**


cc:    AUSA Robin R. Taylor (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG